On Feb 25, 2018, at 2:05 PM, Shlomo Rechnitz <shlomohealth@gmail.com> wrote:

Efram,
You are evading me over and over. When you were here last, you left one hour to spare for a discussion that would take a minimum of a few hours. When you left, you specifically assured me that you'd come back here on the way back from one of your tropical locations. I specifically asked you if there was ANY reason you wouldn't be able to meet. You assured me that you'd be here. Then I got some bullshit text about traffic.
THE GAMES END NOW.
You're a psychopath when it comes to spending money. You have absolutely no discipline and are clearly headed to financial ruin. You don't know how to keep your word. You lie, and then justify it in your head with skewed reasoning. More and more people are telling me that you renegotiated with them at the last minute. (I can relate to that). As a matter of fact, I can't recall one person mentioning to me that they enjoyed doing business with you. Everyone who deals with you has a complaint about you by the time the deal is over.
You keep insisting that you don't want to be a Kafui Tov. You are the epitome, exhibit A of a Kafui Tov. First, Steve Rosenberg took you out of the gutter, gave you a semblance of a life and you just end up suing him. Now that I know who you are, I don't believe for one second that your case has any merit. That's why it's 5 years and you got nowhere.
I don't doubt for a second that you believe he screwed you. You simply have a twisted, skewed, warped way if thinking when it comes to money that you transact. Then I come and take you out of the gutter, to the point that you needed money to eat. And now this. You should be ashamed of the negative light you put on your wife and kids. You want to screw up your own life, nobody can stop you, but who gives you the right to screw up theirs?
o
As I might have told you, I started a new campaign called "no more fucking Shlomo".
I'm not Steve Rosenberg. I think I command a little more respect than Steve Rosenberg. Everybody knows I'm an easy going, flexible and generous person, so if I have a major problem with someone, everybody will know who fucked who without even having to look into the story.
If you don't work out a deal with Weldler, to give me what's legally mine, every penny you stole from me, by 10:00 PM TONIGHT (EST), I will do EVERYTHING in

my power, within my legal rights, to expose who you are to not only every person I know, but also to everybody who knows me. Whatever fall out will be (and it will be fast), will put you right back in the gutter with the shitty name and reputation you deserve. I will not let you out of my mind every morning till I feel that everyone knows who you are. And I doubt very strongly that you're going to find another Steve Rosenberg or Shlomo Rechnitz. The deal that I offered you before is completely off the table. You'll pay every dollar you owe!! plus all my attorneys fees, plus everything you slipped into different categories to fool me plus late pay interest charges. Congratulations. You're the first person ever to take me over the barrel, and boy are you going to feel it.

Sent from my iPad