Dovid Weidler
210 South Lake Drive
Lakewood, New Jersey

RE: Rechnitz vs Kutner

Dear Rabbi Cohen

As per Rabbi Cohen's pesak, our attorney is preparing the redirection letter, instructing the mezzanine borrowers to repay their loans directly to a Rechnitz entity. This letter must be sent by Kutner (harborview) to the borrowers.

We must put in language that prevents Kutner from sending a subsequent letter redirecting the funds to somewhere else, as this can not be done without Rechnitz's permission. Could Rabbi Cohen propose some language that would make this enforceable?

I am also including in this fax a copy of the email I sent to Efrain Kutner requesting the financial statements as per Rabbi Cohen's pesak.

Respectfully yours,

Dovid Weidler on behalf of Shlomo Rechnitz

212 203 1388