

On Mar 1, 2020, at 1:35 PM, Ephraim Kutner <<ekutner@harborviewcp.com>> wrote:

Shlomo,
We have had several conversations with Moshe, whom I've copied on this email, as we have tried to get in touch with Steve to request that half of the remaining monies be sent to you each month directly from Greystone. It is my intention to go to his office if I'm not able to get thru to him by the end of the day tomorrow. We very much want to resolve this last outstanding issue of the lawsuit per our written communication with each other regarding our written settlement agreement. I will let you know as soon as I speak to him. David, can you please send the information as to where you would like the monies sent? Thank you.

**Ephraim Kutner**
**Harborview Capital Partners**
335 Central Avenue
Lawrence | NY | 11559
516.453.9402 | direct
516.453.9400 | main
516.453.9414 | fax
ekutner@harborviewcp.com
www.harborviewcp.com

NOTICE: This e-mail and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, print, copy, use or disseminate it. Please immediately notify me by return e-mail and delete it. If this e-mail contains a forwarded e-mail or is a reply to a prior email, the contents may not have been produced by the sender and therefore I am not responsible for its contents.

This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and I take no responsibility for any loss or damage arising in any way from its use.
--------------------