**From:** Ephraim Kutner <ekutner@harborviewcp.com>
**Sent:** Tuesday, March 3, 2020 1:44 PM
**To:** Shlomo Rechnitz <shlomohealth@gmail.com>; David Weldler <davidzweldler@gmail.com>; Jonathan Kutner <jkutner@harborviewcp.com>
**Cc:** Moshe Mendlowitz <moshe@gffinancial.com>
**Subject:** Re: Lawsuit

Shlomo,
Greystone has confirmed and I just need the wiring instructions to give them. David, please send. Thank you.

**Ephraim Kutner**
**Harborview Capital Partners**
335 Central Avenue
Lawrence | NY | 11559
516.453.9402 | direct
516.453.9400 | main
516.453.9414 | fax
ekutner@harborviewcp.com
www.harborviewcp.com

NOTICE: This e-mail and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, print, copy, use or disseminate it. Please immediately notify me by return e-mail and delete it. If this e-mail contains a forwarded e-mail or is a reply to a prior email, the contents may not have been produced by the sender and therefore I am not responsible for its contents.

This notice is automatically appended to each e-mail. It is

the recipient's responsibility to take measures to ensure
that this e-mail is virus free, and I take no responsibility for
any loss or damage arising in any way from its use.
--------------------

